# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

**JOSEPH BOCZEK, on behalf of**
Himself and all others similarly situated,

    PLAINTIFF,

v.    CIVIL ACTION NO. 1:23-cv-43 TSK

**PENTAGON FEDERAL CREDIT UNION**
d/b/a PENFED,

    DEFENDANT.

## PENTAGON FEDERAL CREDIT UNION'S MOTION TO DISMISS

Defendant, Pentagon Federal Credit Union ("PenFed"), hereby moves this Court for an order granting its Motion to Dismiss Plaintiff's Complaint, with prejudice, and providing such other and further relief to Pentagon Federal Credit Union ("PenFed") as this Court deems just. Plaintiff's complaint fails to state any claim upon which relief can be granted. PenFed respectfully refers the Court to the accompanying brief in support of this motion.

Dated:  August 7, 2023

    */s/ Esha S. Simon*
    Brian J. Moore (WV State Bar # 8898)
    DINSMORE & SHOHL LLP
    P.O. Box 11887
    707 Virginia Street East, Suite 1300
    Charleston, WV 25339-1887
    Telephone:   (304) 357-0900
    Facsimile:   (304) 357-0919
    Email:  brian.moore@dinsmore.com

    Esha S. Simon (WV State Bar # 13461)
    DINSMORE & SHOHL LLP
    215 Don Knotts Blvd., Suite 310
    Morgantown, WV  26501
    Telephone:  (304) 225-1405
    Facsimile:  (304) 296-6116
    Email:  esha.simon@dinsmore.com

Michael A. Graziano (*pro hac vice anticipated*)
Sarah A. James (*pro hac vice anticipated*)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C.  20006
T:  202-659-6671
F:  202-659-6699
mgraziano@eckertseamans.com
sjames@eckertseamans.com

*Attorneys for Defendant, Pentagon Federal Credit Union*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

**JOSEPH BOCZEK, on behalf of**
**Himself and all others similarly situated,**

    **PLAINTIFF,**

v.   CIVIL ACTION NO. 1:23-cv-43 TSK

**PENTAGON FEDERAL CREDIT UNION**
**d/b/a PENFED,**

    **DEFENDANT.**

## CERTIFICATE OF SERVICE

I, Esha S. Simon, hereby certify that on the 7th day of August, 2023, I electronically filed the foregoing ***Defendant Pentagon Federal Credit Union's Motion to Dismiss*** with the Clerk of the Court using the CM/ECF system, and certify that I have served the following by regular U.S. mail, postage prepaid:

    Jonathan R. Marshall
    Bailey & Glasser LLP
    209 Capitol Street
    Charleston, WV 25301
    jmarshall@baileyglasser.com

    Patricia M. Kipnis
    Bailey & Glasser LLP
    1622 Locust St.
    Philadelphia, PA 19103
    pkipnis@baileyglasser.com

    Jason E. Causey
    Bordas & Bordas, PLLC
    1358 National Road
    Wheeling, WV 26003
    jcausey@bordaslaw.com

                           */s/ Esha S. Simon*
                           Esha S. Simon (WV State Bar # 13461)