FILED: November 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-219
(1:23-cv-00043-TSK)

_____

PENTAGON FEDERAL CREDIT UNION, d/b/a PENFED

      Petitioner

v.

JOSEPH BOCZEK, on behalf of himself and all others similarly situated

      Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Clarksburg |
| Date Petition Filed: | 11/17/2025 |
| Petitioner(s) | Pentagon Federal Credit Union |
| Appellate Case Number | 25-219 |
| Case Manager | K. Stump<br>804-916-2702 |