```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                      CLARKSBURG
```

**JOSEPH BOCZEK,**

      **Plaintiff,**

**v.**                                                   **CIVIL ACTION NO. 1:23-CV-43**
                                                                             **(KLEEH)**

**PENTAGON FEDERAL CREDIT UNION**
**d/b/a PENFED,**

      **Defendant.**

## ORDER GRANTING MOTION TO STAY [ECF NO. 109]

For the reasons stated therein, the parties *Proposed Scheduling Order* [ECF No. 109], which the Court construes as a motion to stay the action pending the Fourth Circuit's resolution of Defendant's petition of review of this Court's decision to grant class certification, is **GRANTED**. This civil action is **STAYED** until further notice.

The parties are **DIRECTED** to submit a joint proposed schedule to govern the remainder of the case within **fourteen days** after the Fourth Circuit denies PenFed's petition for review, or, if the Fourth Circuit grants the petition, within **fourteen days** after it issues a decision on the merits of PenFed's appeal.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: November 18, 2025

/s/ Thomas S. Kleeh
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA