FILED: December 5, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-219
(1:23-cv-00043-TSK)
_____

PENTAGON FEDERAL CREDIT UNION, d/b/a PENFED

    Petitioner

v.

JOSEPH BOCZEK, on behalf of himself and all others similarly situated

    Respondent

_____

O R D E R
_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Heytens with the concurrence of Judge Agee and Judge Benjamin.

                For the Court

                /s/ Nwamaka Anowi, Clerk