# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

**JOSEPH BOCZEK, on behalf of**
**Himself and all others similarly situated,**

      **PLAINTIFF,**

v.                                                                     **CIVIL ACTION NO. 1:23-cv-43 TSK**

**PENTAGON FEDERAL CREDIT UNION**
**d/b/a PENFED,**

      **DEFENDANT.**

## JOINT MOTION OF THE PARTIES TO LIFT STAY AND ENTER PROPOSED SCHEDULE

On November 18, 2025, this Court stayed this matter pending Defendant Pentagon Federal Credit Union d/b/a PenFed's petition for review of this Court's decision to grant class certification. (ECF No. 114). The United States Court of Appeals for the Fourth Circuit has denied PenFed's petition. (ECF No. 115). Accordingly, the parties request that this Court lift the stay and allow this matter to proceed.

Pursuant to the Court's Order of November 18, 2025 (ECF No. 114), the parties respectfully propose the following schedule to govern the remainder of the case:

**Class Counsel to Submit a Proposed Notice of Certification to the defined class:** January 9, 2026. Notice to be mailed after Defendant supplements class list.

**Deadline for Defendant to supplement class discovery:** February 16, 2026

**Plaintiff's expert disclosure deadline:** March 13, 2026

**Defendant's expert disclosure deadline:** April 14, 2026

**Rebuttal disclosure deadline:** May 1, 2026

**Close of Fact Discovery and Completion of depositions including any expert depositions:** June 1, 2026

**Dispositive motions deadline:** July 1, 2026

**Responses to dispositive motions:** 28 days after motion filed

**Replies in support of dispositive motions:** 21 days after response is filed

**Final list of Witnesses and Exhibits, Interrogatories, and Depositions to Be Used at Trial:** October 12, 2026

**Objections to Final List of Witnesses and Exhibits, Interrogatories, and Depositions to Be Used at Trial:** October 26, 2026

**Jury instructions, voir dire, verdict forms:** November 16, 2026

**Objections to jury instructions, voir dire, verdict forms:** November 23, 2026

**Motions in limine:** December 7, 2026

**Responses to motions in limine:** December 21, 2026

**Joint final pretrial conference order:** January 11, 2027

**Final pretrial conference:** January 2027

**Trial:** February 2027

WHEREFORE the parties respectfully request that the Court enter the attached proposed order lifting the stay and memorializing this schedule.

Dated: December 18, 2025                                       Respectfully submitted,

*/s/ Kinsey M. Novak Booth*                                    */s/ Patricia M. Kipnis*
Brian J. Moore (WV State Bar # 8898)                           Jason E. Causey (WV Bar # 9482)
DINSMORE & SHOHL LLP                                           Katz Kantor Stonestreet & Buckner, PLLC
P.O. Box 11887
707 Virginia Street East, Suite 1300                           206 South Walker St.
Charleston, WV 25339-1887                                      Princeton, WV 24740
T:  (304) 357-0900                                             (304) 431-4050
F:  (304) 357-0919                                             jcausey@kksblaw.com
brian.moore@dinsmore.com

                                                               Patricia M. Kipnis (WVSB #12896)
Kinsey M. Novak Booth (WV State Bar # 14661)                   Bailey & Glasser LLP
Esha S. Simon (WV State Bar # 13461)                           923 Haddonfield Road

DINSMORE & SHOHL LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV  26501
T: (304) 225-1416
F: (304) 296-6116
kinsey.booth@dinsmore.com
esha.simon@dinsmore.com

Michael A. Graziano (*pro hac vice filed*)
Sarah A. James (*pro hac vice filed*)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, D.C.  20006
T:  202-659-6671
F:  202-659-6699
mgraziano@eckertseamans.com
sjames@eckertseamans.com

*Attorneys for Defendant, Pentagon Federal Credit Union*

Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com

*Counsel for Plaintiff and the Proposed Class*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**JOSEPH J. BOCZEK, on behalf of**
**Himself and all others similarly situated,**

    **PLAINTIFF,**

                                                         **CIVIL ACTION NO. 1-23-CV-043**
v.                                            **Chief District Judge Thomas S. Kleeh**

**PENTAGON FEDERAL CREDIT UNION d/b/a**
**PENFED.,**

    **DEFENDANTS.**

## CERTIFICATE OF SERVICE

I, Patricia M. Kipnis, Counsel for Plaintiff and the Proposed Class in the above-referenced civil action, do hereby verify that on this the **18th** day of **December 2025**, I electronically filed the foregoing "***Joint Motion Of The Parties To Lift Stay And Enter Proposed Schedule***" with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                     /s/ *Patricia M. Kipnis*
                                                                                     Patricia M. Kipnis (WVSB #12896)