IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**JOSEPH BOCZEK, on behalf of**
**Himself and all others similarly situated,**

      **Plaintiff,**

v.                                                 CIVIL ACTION NO. 1:23-CV-43
                                                                                            (KLEEH)

**PENTAGON FEDERAL CREDIT UNION**
**d/b/a PENFED,**

**Defendant.**

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
### TO SUBMIT CLASS NOTICE

Pending before the Court is the Joint Motion to Extend Deadline to Submit Proposed Class Notice. For good cause shown, the motion is **GRANTED.** Plaintiff's deadline to file the Proposed Class Notice is extended to January 14, 2026.

**IT IS SO ORDERED.** The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

                                                                   Entered: January 12, 2026

                                                                   */s/ Thomas S. Kleeh*
                                                                   The Honorable Thomas S. Kleeh
                                                                   Chief United States District Judge