**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

**JOSEPH BOCZEK, on behalf of**
**Himself and all others similarly situated,**

      **Plaintiff,**

**v.**                                                          **CIVIL ACTION NO. 1:23-CV-43**
                                                          **(KLEEH)**

**PENTAGON FEDERAL CREDIT UNION**
**d/b/a PENFED,**

**Defendant.**

### ORDER GRANTING JOINT MOTION TO ALTER CLASS DEFINITION AND APPROVING CLASS NOTICE

Pending before the Court is the Joint Motion to Alter Class Definition and Notice of Plaintiff's Proposed Unopposed Class Notice. For good cause shown, the motion is **GRANTED.** The Court **APPROVES** the proposed amended class definition as set forth in the Notice and **APPROVES** the Proposed Unopposed Class Notice.

**IT IS SO ORDERED.** The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record.

Entered: January 15, 2026

_Tom S Kleeh_
The Honorable Thomas S. Kleeh
Chief United States District Judge